# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Tennessee

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
INFORMATION ASSOCIATED WITH FACEBOOK
ACCOUNT https://www.facebook.com/willie.kashmoney
THAT IS STORED AT PREMISES CONTROLLED BY
META PLATFORMS, INC.

)
)
)
)
)
)
)

Case No. 1:25-MJ- **146**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A attached hereto and incorporated herein.

located in the _____ Eastern _____ District of _____ Tennessee _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §846,841(a)(1)841 (b)(1)(A) | Conspiracy to distribute >400g of fentanyl |
| 21 U.S.C. § 841(a)(1) & 841(b) | Distribution of >40g of fentanyl |

The application is based on these facts:

Please see the Affidavit of Special Agent Thomas Bagwell, which is attached hereto and incorporated herein.

☐ Continued on the attached sheet.

☑ Delayed notice of __90__ days (give exact ending date if more than 30 days: __09/03/2025__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Thomas Bagwell, ATF Special Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/06/2025 _____

_____
*Judge's signature*

City and state: Chattanooga, Tennessee

Christopher H. Steger, United States Magistrate Judge
_____
*Printed name and title*

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with Facebook account https://www.facebook.com/willie.kashmoney with vanity name "Moe Say" (the "Account") that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company headquartered at 1 Meta Way, Menlo Park, California.

<u>**ATTACHMENT B**</u>

**Particular Things to be Seized**

**I.     Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession,

custody, or control of Meta, regardless of whether such information is located within or outside

of the United States and including any information that has been deleted but is still available to

Meta. Meta is required to disclose the following information to the government for each account

or identifier listed in Attachment A:

A.     The following information about the customers or subscribers of the Account, from the date the Account was created to the present, unless specified otherwise below:

     1.     Names (including subscriber names, usernames, and screen names);

     2.     Addresses (including mailing addresses, service addresses, residential addresses, business addresses, and e-mail addresses);

     3.     Records of session times and durations from May 28, 2025, to present;

     4.     Length of service (including start date) and types of service utilized;

     5.     Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);

     6.     Other subscriber numbers or identities, including any temporarily assigned network addresses (including the registration and session Internet Protocol ("IP") addresses with associated port numbers); and

     7.     Means and source of payment for such service (including any credit card or bank account number).

B.     The following location information:

     1.     Primary Location;

     2.     Last Location; and

3. All geolocation information for a period of 30 days, during all times of day and night.

## II.    Information to be seized by the government

All information described above in Section I that will assist in arresting Willie WOOTEN Jr., who was charged with violating Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. § 846 on May 28, 2025, is the subject of an arrest warrant issued on May 28, 2025, and is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH FACEBOOK ACCOUNT https://www.facebook.com/willie.kashmoney THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | Case No. **1:25-mj-146** <br><br> **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Thomas Bagwell, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered at 1 Meta Way, Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) to require Meta to disclose to the government copies of the information (including geolocation information) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

2. I am a Special Agent (hereinafter SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter ATF) and have been employed by ATF since January 2019. As such, I am a criminal investigator or law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 2510(7) and am empowered by law to conduct investigations of,

and to make arrests for violations of federal laws, including, but not limited to, Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. § 846. I am currently assigned to the ATF Chattanooga Field Office. I have over nine years of federal law enforcement experience. Prior to starting my career in federal law enforcement, I served four years in the United States Marine Corps. I also obtained a Bachelor of Science degree with a major in criminal justice from Dalton State College. I am a graduate of the United States Customs and Border Protection Officer Basic Training (CBPOBT), Criminal Investigator Training Program (CITP), Basic Deputy United States Marshal (BDUSM) Academy, and the ATF National Academy's Special Agent Training (SABT) Program, all of which were completed at the Federal Law Enforcement Training Center (FLETC).

3. As a result of my training and experience in law enforcement, I am familiar with federal criminal laws regarding firearms, explosives, arson, and illegal controlled substances. I have conducted or participated in multiple investigations involving the criminal possession of firearms and the distribution of illegal controlled substances. I have utilized traditional law enforcement techniques, such as surveillance, witness interviews, suspect interviews, execution of search warrants, evidence collection, and controlled purchases of evidence. I have gained insight regarding the habits, practices, methods, and general behavior of individuals engaged in criminal activity through interviewing numerous suspects, cooperating defendants, and confidential informants.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and information published by Meta. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that Willie WOOTEN Jr. (hereinafter WOOTEN) aka "Rock" has violated Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. § 846. WOOTEN was charged with these crimes on May 28, 2025, and is the subject of an arrest warrant issued on May 28, 2025 (1:25-CR-62). There is also probable cause to believe that the location information described in Attachment B will assist law enforcement in arresting WOOTEN who is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4).

## JURISDICTION

7. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. § 2703(c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## BACKGROUND CONCERNING FACEBOOK[1]

8. Meta is a United States company that owns and operates Facebook, a social media platform, and is a provider of electronic communications services and remote computing services

---

[1] The information in this section is based on my training and experience, and on information published by Meta on its Facebook website, including, but not limited to, the following webpages: https://www.facebook.com/privacy/policy ("Privacy Policy"); https://www.facebook.com/about/basics/manage-your-privacy/location ("Location");

as defined by 18 U.S.C. §§ 2711(2) and 3127(1). Users can access Facebook and register for an account, like the target account listed in Attachment A, via its website (facebook.com) or via its mobile applications (Facebook and Messenger). Each Facebook account is assigned a unique user ID number and may also be associated with a unique user-created username. Users can periodically change their usernames but no two users can have the same username at the same time.

9. Facebook users can create, view, share, and interact with news, images, videos, and other information and can communicate in real-time with other users through text, voice, and video messaging. Accounts can also be used for event planning, buying and selling items, payments, gaming, fundraising, and to interact with groups, businesses, and other online platforms.

10. Meta uses information about the location of its Facebook users for business purposes and to enhance the functionality of its platform, such as to personalize and target advertisements, display local news stories, suggest nearby events, and detect suspicious account activity. Location determinations are informed by connection records, device-based data, and user-generated information. Examples of data used by Meta to determine a user's location include IP addresses, Global Position System ("GPS") data, "check-ins," and event responses. Meta also uses this data to estimate the city or town where the user is situated, which Meta refers to as the user's "Primary Location."

11. Meta collects geolocation data, which it refers to as "precise location information," from a user's device if each of the following conditions are met. First, the

_____

https://www.facebook.com/help/278928889350358 ("How Location Settings Work"); and https://www.facebook.com/help ("Help Center").

Facebook mobile application must be installed on the device. Second, a user of that device must have granted "permission" through the device's operating system for the mobile application to receive and transmit location data to Meta. Third, a user of that device must have enabled "location services" through the device's operating system. Fourth, the mobile application must be logged into a Facebook account and, if required by the permission or other settings, be in active use.

12. This proposed search warrant seeks the historical and prospective production of geolocation information collected and retained by Facebook in the normal course of business. Meta produces geolocation data to law enforcement as datapoints consisting of a latitude, longitude, and timestamp. According to Meta, it retains only one such datapoint for an account, with each subsequent datapoint replacing the prior. Based on my training and experience, I know that Meta can produce that stored datapoint, which it refers to as "Last Location," and it can also produce subsequent datapoints on a rolling basis.

## PROBABLE CAUSE

13. The United States, including ATF, is conducting a criminal investigation of WOOTEN regarding violations of Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. § 846. WOOTEN is a convicted felon in the State of Tennessee and is associated with the criminal street gang known as the Bounty Hunter Bloods. On May 28, 2025, a federal grand jury in the Eastern District of Tennessee returned a four-count indictment against WOOTEN for violations of Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. § 846.

14. On May 28, 2025, ATF Intelligence Research Specialist Fraser conducted a public search of Facebook account https://www.facebook.com/willie.kashmoney with vanity name "Moe Say" and identified WOOTEN's Facebook account.

15. On June 4, 2025, your Affiant conducted a public search of Facebook account https://www.facebook.com/willie.kashmoney with vanity name "Moe Say" and observed numerous photographs of WOOTEN. Your Affiant also observed that numerous posts were made on the Facebook account throughout the months of April 2025 and May 2025. The most recent post occurred on June 2, 2025, at 12:25 pm. Some of the photographs observed by your Affiant while reviewing the Facebook account are listed below. The individual depicted in all four photographs is WOOTEN.






16. Based on the aforementioned facts, your Affiant believes Facebook account https://www.facebook.com/willie.kashmoney with vanity name "Moe Say" is in use by WOOTEN. Your Affiant also submits there is probable cause that the information regarding the geolocation of the device or devices accessing Facebook account https://www.facebook.com/willie.kashmoney will assist law enforcement in locating and apprehending WOOTEN.

## AUTHORIZATION REQUEST

17. Based on the forgoing, I request that the Court issue the proposed search warrant.

18. I further request that the Court authorize execution of the warrant at any time of day or night, owing to the potential need to locate the user of the account outside of daytime hours.

## REQUEST FOR SEALING

19. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give targets an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, notify confederates, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

_Thomas Bagwell_

Thomas Bagwell
Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

Subscribed and sworn to before me on _____ June 6 _____, 2025

_____

Honorable Christopher H. Steger
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Facebook account

https://www.facebook.com/willie.kashmoney with vanity name "Moe Say" (the "Account") that

is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a

company headquartered at 1 Meta Way, Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Meta Platforms, Inc. ("Meta")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta, regardless of whether such information is located within or outside of the United States and including any information that has been deleted but is still available to Meta. Meta is required to disclose the following information to the government for each account or identifier listed in Attachment A:

A.      The following information about the customers or subscribers of the Account, from the date the Account was created to the present, unless specified otherwise below:

1.      Names (including subscriber names, usernames, and screen names);

2.      Addresses (including mailing addresses, service addresses, residential addresses, business addresses, and e-mail addresses);

3.      Records of session times and durations from May 28, 2025, to present;

4.      Length of service (including start date) and types of service utilized;

5.      Telephone or instrument numbers (including model type/numbers, phone numbers, IMSIs, IMEIs, MEIDs, UDIDs, MAC addresses, and advertising IDs);

6.      Other subscriber numbers or identities, including any temporarily assigned network addresses (including the registration and session Internet Protocol ("IP") addresses with associated port numbers); and

7.      Means and source of payment for such service (including any credit card or bank account number).

B.      The following location information:

1.      Primary Location;

2.      Last Location; and

3.   All geolocation information for a period of 30 days, during all times of day and night.

## II.    Information to be seized by the government

All information described above in Section I that will assist in arresting Willie WOOTEN Jr., who was charged with violating Title 21 U.S.C. § 841(a)(1) and Title 21 U.S.C. § 846 on May 28, 2025, is the subject of an arrest warrant issued on May 28, 2025, and is a "person to be arrested" within the meaning of Federal Rule of Criminal Procedure 41(c)(4).